23307. TURNER *et al. v.* THE STATE.

PER CURIAM. 1. The excerpts from the charge to the jury on the subjects of flight and the recent possession of stolen goods were authorized by the evidence, and were not erroneous for any reason assigned.

2. Under the facts of the case, the other special assignments of error show no cause for a reversal of the judgment.

3. The verdict was authorized by the evidence.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur. Guerry, J., dissents.*

DECIDED NOVEMBER 27, 1933.

*Jake B. Joel, Fred A. Gillen,* for plaintiffs in error.
*Henry H. West, solicitor-general,* contra.